**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00183-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CAMEO BANKS,
    a/k/a "Big Gulp,"
    a/k/a "BG,"

    Defendant.

## MINUTE ORDER[1]

    The matter before the court is defendant's **Motion To Withdraw Pending Motions** [#584], filed February 26, 2008. The motion is **GRANTED**. Any pending motions before this court which pertain to defendant Cameo Banks are **WITHDRAWN**.

    Dated: March 5, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.