**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.  07-cr-00183-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CAMEO BANKS,

      Defendant.

---

**MINUTE ORDER**[1]

---

      With the consent of the parties, the sentencing hearing set for Friday, November 20, 2009, is **RESET** to **9:00 a.m.** on November 20, 2009.  The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated:  November 19, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.