AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No:  07-cr-00183-REB-01 |
| CAMEO BANKS ) | USM No:  34919-013 |
| ) | |
| Date of Previous Judgment:  December 30, 2009  ) | Raymond P. Moore, FPD |
| *(Use Date of Last Amended Judgment if Applicable)*  ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  150 months as to Count One **is reduced to** 146 months as to Count One, 48 months as to Count Thirty-Two, and 120 months as to Count Fifty-Nine, each count to be served concurrently, for a total of 146 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 360 months  to  life | Amended Guideline Range: | 292  to  365  months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❒ The reduced sentence is within the amended guideline range.

**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  December 30, 2009,  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  December 26, 2011                                  s/ Robert E. Blackburn
                                                                                          *Judge's signature*

Effective Date:                                                          Robert E. Blackburn, United States District Judge
       *(if different from order date)*                                         *Printed name and title*